**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Santiago Salvador Perez,<br>Petitioner,<br>v.<br>Eric Rokosky,<br>Respondent. | No. CV-26-07872-PHX-SHR<br><br>**ORDER** |

Petitioner filed this action under 28 U.S.C. § 2241 on October 26, 2026, challenging his immigration detention. (Doc. 1.) Petitioner seeks release from immigration custody or, alternatively, an individualized bond hearing. He expressly states: "No bond hearing has been requested or conducted." (*Id.* at 11.) The government has not responded to the Petition despite being ordered to do so. (Docs. 3, 4.)

Before deciding whether federal habeas relief is warranted, the Court will afford Petitioner an opportunity to request custody review from an Immigration Judge or explain why that process would be futile or inadequate. *See Hernandez v. Sessions*, 872 F.3d 976, 988–89 (9th Cir. 2017) (stating administrative exhaustion in immigration habeas proceedings is prudential rather than jurisdictional and may be excused in appropriate circumstances). The Court does not presently determine whether Petitioner's detention is governed by 8 U.S.C. § 1226(a), § 1226(c), or another provision. Accordingly,

**IT IS ORDERED**, within **fourteen (14) days** after service of this Order, Petitioner must file a short statement advising the Court whether he has requested a bond hearing

before an Immigration Judge. If he has not, he must either submit that request and report doing so or explain why requesting a hearing would be futile, unavailable, or otherwise inadequate. Petitioner's statement should describe any response to his request—including whether a hearing has been scheduled, conducted, or denied and any reasons given for denial—and include available custody or bond decisions. To the extent known, he should identify the statutory authority the government asserts for his detention and explain why he believes he is entitled to a hearing or immediate release.

**IT IS FURTHER ORDERED** the Clerk of Court must mail Petitioner a copy of this Order.

Dated this 20th day of November, 2026.

Honorable Scott H. Rash
United States District Judge